JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| YUN GAO, et al,<br><br>Petitioners,<br><br>v.<br><br>THOMAS P. GILES, et al.,<br><br>Respondents. | Case No. 8:26-cv-02449-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED without prejudice. Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required. See 28 U.S.C. § 2253(c)(1); Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008).

Date: September 28, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge